UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                      Plaintiff,

                                                        **NOTICE OF MOTION**

v.

                                                        Case No: 19-mj-00079(HKS)

MICHAEL DANNER,

                      Defendant.

---

SIRS:

     PLEASE TAKE NOTICE, that upon the annexed affidavit of Herbert L. Greenman, Esq. the undersigned moves this Court for an order extending the Rule 48(b) date for reasons set forth in the affidavit annexed hereto and made a part hereto together with such other and further relief as to this Court may seem just and proper.

DATED:     Buffalo, New York
                August 2, 2019

                                    Respectfully submitted,

                                    /s/Herbert L. Greenman

                                    HERBERT L. GREENMAN
                                    LIPSITZ GREEN SCIME & CAMBRIA LLP
                                    Attorneys for Defendant
                                    MICHAEL DANNER
                                    Office and Post Office Address
                                    42 Delaware Avenue – Suite 300
                                    Buffalo, New York 14202
                                    (716) 849-1333
                                    hgreenman@lglaw.com

TO:     MISHA COULSON, ESQ.
            ASSISTANT UNITED STATES ATTORNEY
            138 Delaware Avenue
            Buffalo, New York 14202

                                                          **GRANTED • SO ORDERED**

                                                          /s/ H. Kenneth Schroeder, Jr.
                                                         H. KENNETH SCHROEDER, JR.
                                                         UNITED STATES MAGISTRATE JUDGE

                                                          DATED: August 5, 2019

*[Handwritten note:] But extension is only to Aug 23, 2019 and ABSOLUTELY NO MORE EXTENSIONS!! HKS*